UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maria Katherine Woroby,

Plaintiff,

vs.

Trans Union Corporation; CSC Credit Services, Inc.; Experian Information Solutions, Inc., and Equifax Credit Information Services,

Defendants.

Case No. 00-970 DWF/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Maria Katherine Woroby ("Plaintiff") and Defendant Trans Union LLC (incorrectly named "Trans Union Corporation" in the caption and referred to herein as "Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until Friday, June 2, 2000, in the time available to answer or otherwise respond to Plaintiff's Complaint.

Dated: May __, 2000

CONSUMER JUSTICE CENTER, P.A.

By:____________________

Thomas J. Lyons, Jr., #249646
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: 770-9707
Facsimile: 770-5830

ATTORNEYS FOR PLAINTIFF

FILED MAY 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: May 11, 2000.

SHAPIRO PROFESSIONAL ASSOCIATION

By: Susan D. Holappa

Susan D. Holappa, #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (612) 542-1716
Facsimile: (612) 542-1784

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant shall be granted an extension until June 2, 2000, in the time available to answer or otherwise respond to Plaintiff's Complaint.

Dated: May 18th, 2000

BY THE COURT:

Arthur J. Boylan

The Honorable Arthur J. Boylan
United States Magistrate Judge