**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

MARIA KATHERINE WOROBY,

Plaintiff,

v.

TRANS UNION CORPORATION, ET AL.,

Defendants.

Civil No. 00-970 DWF/AJB

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: 5/22/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED MAY 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge John M. Mason.

NEW CASE NUMBER 00-970 DWF/JMM

Use this case number for all further filings.