UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARIA KATHERINE WOROBY,

Plaintiff,

v.

TRANS UNION CORPORATION,
CSC CREDIT SERVICES, INC.,
EXPERIAN INFORMATION SOLUTIONS,
INC. and EQUIFAX CREDIT INFORMATION,

Defendants.

CIVIL NO. 00-970 (DWF)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. The Pretrial Conference scheduled for July 26, 2000 is canceled. All further pretrial proceedings will be conducted by Magistrate Judge Susan R. Nelson. To schedule any court proceedings before Magistrate Judge Susan R. Nelson, please contact Ms. Beverly Riches, (651) 848-1200, 242 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, 55101.

Dated: June 26, 2000

JOHN M. MASON
United States Magistrate Judge

Filed JUN 27 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______