UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARIA KATHERINE WOROBY,

Plaintiff,

v.

TRANS UNION CORPORATION, CSC CREDIT SERVICES, INC. EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX CREDIT INFORMATION SERVICES,

Defendants.

COURT FILE NO.: CV00-970 DWF/SRN

**STIPULATION AND ORDER FOR EXTENSION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Maria Katherine Woroby ("Plaintiff") and Defendant Trans Union Corporation ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until August 18, 2000 in the time available to respond to Plaintiff's Interrogatories, Requests for Production of Documents, Requests for Statements, and Requests for Admissions.

Dated: August 14, 2000

CONSUMER JUSTICE CENTER, P.A.

By: ______________________
Thomas J. Lyons, Jr., #249646
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: 770-9707
Facsimile: 770-5830

ATTORNEYS FOR PLAINTIFF

FILED AUG 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: August 14, 2000

SHAPIRO PROFESSIONAL ASSOCIATION

By: Susan D. Holappa
Susan D. Holappa, #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (612) 542-1716
Facsimile: (612) 542-1784

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

## ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant shall be granted an extension until August 18, 2000 in the time available to answer or otherwise respond to Plaintiff's Interrogatories, Requests for Production of Documents, Request for Statements, and Requests for Admissions.

Dated: August 16, 2000.

BY THE COURT:

Susan Richard Nelson
The Honorable Susan Richard Nelson
United States Magistrate Judge