**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARIA K. WOROBY,

Plaintiff,

v.

TRANS UNION LLC; CSC CREDIT SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX CREDIT INFORMATION SERVICES, INC.,

Defendants.

Court File No.: 00-970 DWF/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and her attorney, and Defendant Experian Information Solutions, Inc., and its attorneys, that Plaintiff's claims against Defendant Experian Information Solutions, Inc. shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**
**Attorney for Plaintiffs**

By: ______________________
Thomas J. Lyons, Jr., Esq., Atty. #249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 770-9707

**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
**Attorneys for Defendant Experian**

By: ______________________
Gregory Myers, Esq., Atty. #0287398
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401-2179
Telephone: (612) 339-6900

JONES, DAY, REAVIS & POGUE
Scott Kirkner, Esq., Cal. Atty. #193681
5 Park Plaza, Suite 1100
Irvine, California 92614

FILED OCT 19 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

LA: 1083556v1

Dated: October 12, 2000

**SHAPIRO PROFESSIONAL ASSOCIATION**
**Attorneys for Defendant Trans Union**

By: Susan D. Holappa
Susan D. Holappa, Atty. #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, Minnesota 55416
Telephone: (763) 542-1716

Dated: Oct. 17, 2000

**FAEGRE & BENSON LLP**
**Attorneys for Defendant CSC Credit Services, Inc.**

By: ______________________
Charles F. Webber, Atty. #215247
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 336-3000

Dated: 10/17/00

Telephone: (949) 851-3939

Dated: Oct. 13, 2000

**MURNANE, CONLINE, WHITE & BRANDT**
**Attorneys for Defendant Equifax Credit Information Services, Inc.**

By: R. Murnane
Robert Murnane, Atty. #76338
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101
Telephone: (651) 227-9411

Dated: 10/17/00

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant Experian Information Solutions, ~~Inc., shall be, and here~~with are, dismissed with prejudice.

Dated: October 18, 2000

Donovan W. Frank
United States District Court