UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maria K Woroby

Court File No.: 00-970 DWF/SRN

Plaintiff,

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

-vs-

Trans Union LLC, CSC Credit Services, Inc.; Experian Information Solutions, Inc.; and Equifax Credit Information Services, Inc.,

Defendants.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and his attorney, and Defendant Trans Union Corporation, and its attorneys, that Plaintiff's claims against Defendant Trans Union Corporation, shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
Attorney for Plaintiffs
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 770-9707

Dated: 10/6/00

**SHAPIRO PROFESSIONAL ASSOCIATION**

By: ______________________
Lawrence M. Shapiro (#130886)
Susan D. Holappa (#172741)
Attorney for Defendant Trans Union
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, Minnesota 55416
Telephone: (612) 542-1716

Dated: 10/11/00

FILED OCT 30 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant Trans Union, shall be, and herewith are, dismissed with prejudice.

Dated: October 30th, 2000

DONOVAN W. FRANK
Judge of United States District Court