**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARIA KATHERINE WOROBY, Civil No. 00-970 (DWF/SRN)

Plaintiff,

v. **ORDER OF DISMISSAL**

EQUIFAX CREDIT INFORMATION, sued as Equifax Credit Information Services,

Defendant.

---

Thomas Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117, counsel for Plaintiff.

Robert Murnane, Esq., Murnane Conlin White & Brandt, 444 Cedar Street, Suite 1800, St. Paul, MN 55102 and Lewis Perling, Esq. and Kilpatrick Stockton, Esq., 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309-4530, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 25, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED JUN 26 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPU